U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 25 2002

ROBERT H. SHEMWELL, CLERK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRAD WEATHERSBY, PAUL ROMERO AND TROY BABB | * | CIVIL ACTION NO.  01-1676 |
| | * | JUDGE HAIK |
| VERSUS | * | MAGISTRATE JUDGE HILL |
| PARKER USA DRILLING COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter came for hearing on September 17, 2002:

PRESENT WHERE:

Michael T. Tusa, Jr. and Phil Bohrer, attorney for plaintiffs

Judith Robertson, attorney for defendants

IT IS ORDERED that the Motion to Conditionally Certify is denied, *at this time. RTH*

IT IS FURTHER ORDERED that defendants designate a corporate representative(s) to respond to the areas of inquiry set forth in plaintiffs' corporate notice of deposition within five (5) days and produce said representative(s) for deposition at a mutually agreeable time within the next 45 days;

IT IS FURTHER ORDERED that named plaintiffs be made available for deposition at a mutually agreeable time within the next 45 days. Each plaintiff's deposition cannot last more than 3 hours and shall relate to the issue of employee/ independent contractor status.

Lafayette, Louisiana this 24th day of January, 2002.

COPY SENT:
DATE: 1-28-02
BY: DMW
TO: Tusa
    Bohrer
    Robertson
    Killeen

_____
JUDGE

1

# LeBlanc Tusa Butler LLC
ATTORNEYS AT LAW

January 18, 2002

**VIA FEDERAL EXPRESS**

Judge Richard T. Haik, Sr.
United States District Court
Western District of Louisiana
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

       RE:  Brad Weathersby, et al v. Parker USA Drilling Company
             USDC, W.D.La., #6:01CV1676, Judge Haik, Mag. Judge Hill
             Our file no: 4105-002

Dear Judge,

    Enclosed is the original of the judgment you requested. We faxed a draft of the judgment to Ms. Robertson in Houston on Friday morning for her review and, because of the time constraints, asked that she advise of any changes on Friday. She has written back indicating the draft was fine from her. We believe this judgment is consistent with your ruling and ask that it be signed.

                                  Sincerely,

                                    Michael T. Tusa, Jr.

MTT/gle
Enclosure
cc:    Judy Robertson (w/encl.)

2121 Airline Drive • Suite 405 • Metairie, LA 70001
P. O. Box 13098 • New Orleans, LA 70185-3098
fax: 504.828.1079 • phone: 504.828.1010 • web: ltblaw.com