UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF LOUISIANA  
LAFAYETTE-OPELOUSAS DIVISION

**BRAD WEATHERSBY et al**

VERSUS

**PARKER U S A DRILLING CO et al**

CIVIL ACTION NO. 6:01cv1676  
JUDGE HAIK  
MAGISTRATE JUDGE HILL

### MINUTE ENTRY

The Motion for Partial Summary Judgment (doc #86) filed by plaintiffs on 12/03/02 and the Motion for Summary Judgment (doc #97) filed by Parker Technology L L C on 12/20/02 will be decided by Judge Richard T. Haik, Sr. on January 16, 2003, **WITHOUT ORAL ARGUMENT.**

ROBERT H. SHEMWELL, CLERK

By: Sandra G. Dean  
Deputy Clerk

COPY SENT:  
DATE: 01/06/03  
BY: sjd  
TO: Tusa; Bohrer; Lewis; Hubert

